One year (50 issues) Payable in Advance.......$15.00
Single Numbers ...............................  .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS, not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date

NEW RULE, effective July 1, 1926—All delinquents for 60 days or more, discontinued without notice.

### DIGESTS and PRICES

Ternary Digest, alone ........................ $7.50

Subject to 20 percent, if cash paid with order

Abstract, one year, and Ternary Digest, if ordered and paid for together, net......................$18.00

June Semi annual Digest, Free to all paid Abstract Subscribers. To non-subscribers to Abstract, net.. $1.50

December Annual Digest (Supplement to Ternary) 1926, net .................................. $3.00

To non subscribers to Abstract, net.............. $5.00

THE LAW ABSTRACT COMPANY
Office Editorial Rooms and Library
13916 Euclid Avenue, Cleveland, O.
Address all mail communications to
P. O. Box 2455, Cleveland

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their subscription is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

## THE RELIABLE LAW ABSTRACT

The Ohio Law Abstract is the Lawyer's local paper, as it gives him prompt reports of these prepared for publication, from his own county, and the neighboring counties and other counties of the state, whose judges he is familiar with. It is not confined to reports of any particular courts or class, and is partial to none. If a case has been reported so as to be published, the Abstract is generally the first to get it, and prints it as soon as it can be prepared.

They are the cases the lawyer most needs, and "safety first" suggests that they are his essential ones. He may have the shelves of his Library groaning under the weight of volumes from this or that other state, and books teeming with foreign to his state decisions are usually little more than space fillers, the use of which generally remains in abeyance until Ohio authorities are exhausted.

The opinions of our own local court, are the ones upon which the lawyer has to rely most and are the only ones that are of real authority, as precedents in Ohio courts. The Abstract thus supplies the Ohio Bar with the actual, indispensable case law of the state, far more plentifully and promptly than obtainable through any other medium or mediums. When it is considered that about ninety percent of the cases appearing elsewhere have been in the hands of Abstract subscribers for weeks and months previous thereto, our assertions as to the value of the Abstract as a worthy and timely lawgiver, cannot well be gainsaid.

Besides giving the decisions of Ohio State Courts, the Abstract contains all the local Ohio Federal Court opinions, embracing many authorities not otherwise accessible to the Ohio lawyer, and the valuable opinions of Attorney General Crabbe construing Ohio statutes.

# Weekly Report of
# NEW CASES DOCKETED

### NEW CASES DOCKETED

Balt. & O. Rd. Co. v. Kasky .................... 20144
Beyoglides v. State ........................... 20142
Burns v. Knight et ........................... 20146
Lazarus et v. Cleve. Household Sup. Co.......... 20147
McCutcheon et v. Harig et ............... 20145, 20148
Rathbun v. State ............................. 20149
Sissea v. State .............................. 20150
Tecca v. State ............................... 20151
Walter Wallingford Coal Co. v. Buckeye Sup...... 20143
Witter v. Jackson ............................ 20141

### OCT. 27, 1926

20141—Lulu Witter, administratrix, v. C. F. Jackson; motion for Huron Appeals to certify. Vickery & Vickery, Simmons, DeWitt & Vilas, Cleveland, for pltf; E. G. Martin and G. R. Craig, Norwalk, for deft.

### OCT. 28, 1926

20142—Geo. Beyoglides v. State of Ohio; motion for leave to file petition in error to the Stark Appeals. Amerman & Mills, Canton, for pltf; C. B. McClintock, Canton, for deft.

20143—Walter Wallingford Coal Co. v. Buckeye Supply Co.; motion for Mahoning Appeals to certify. H. F. Baker, Pittsburg, Pa., and W. W. Zimmerman, Youngstown, for pltf; Moore, Barnum & Hammond, Youngstown, for deft.

20144—Baltimore & Ohio Railroad Co. v. Leona Kasky; motion for Lorain Appeals to certify. H. C. Johnson, Elyria, for pltf; Fauver & Fauver and S. Deutsch, Elyria, for deft.

### NOV. 1, 1926

20145—John L. McCutcheon et v. Charles Harig et; motion for Hamilton Appeals to certify. Hightower, O'Brien & Porter, Cincinnati, for pltfs; Pogue, Hoffheimer & Pogue, Cincinnati, for defts.

20146—Howard F. Burns v. Wallace J. Knight et; motion for Cuyahoga Appeals to certify. H. F. Burns, Cleveland, for pltf; Stearns, Chamberlain & Royon, Cleveland, for defts.

20147—Isaac Lazarus et v. Cleveland Household Supply Co.; motion for Cuyahoga Appeals to certify. Rothenberg & Smith, Cleveland, for pltfs; Bernsteen & Bernsteen, Cleveland, for deft.